FULL NAME: Marcos Muñoz
COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION:
Corcoran State Prison P.O. Box 3456
Corcoran, Cal. 93212

PRISON NUMBER (if applicable): BA3115

Related ODJ

FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Marcos Muñoz
             PLAINTIFF,
v.
California Department of Corrections
Los Angeles County Sheriffs Department
             DEFENDANT(S).

CASE NUMBER: CV19-04345-CJC-KS
To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT**
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes ☐ No

2. If your answer to "1." is yes, how many? 1

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

Hubert Yun Los Angeles County Assistant District Attorney ordered Los Angeles County Jail Mental Health not to treat me in order to accuse me of malingering

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 17 2019
CENTRAL DIST___ OF C___
BY

---

a. Parties to this previous lawsuit:
Plaintiff Marcos Muñoz

Defendants ASSISTANT DISTRICT ATTORNEY Hubert Yun & LOS ANGELES COUNTY JAIL MENTAL HEALTH

b. Court CENTRAL DISTRICT OF CALIFORNIA

c. Docket or case number 2:18-cv-10265-CJC-KS
d. Name of judge to whom case was assigned Karen L. Stevenson
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) Pending
f. Issues raised: assistant district attorney Hubert Yun ordere, LOS ANGELES COUNTY JAIL MENTAL HEALTH STAFF not to treat me, in order to accused me of malingering
g. Approximate date of filing lawsuit: Dec. 2018
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes ☐ No

   If your answer is no, explain why not I exceeded time constraints for the correctional counselor & for C.O. Little I received no response.

3. Is the grievance procedure completed? ☑ Yes ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Marcos Muñoz__
(print plaintiff's name)
who presently resides at Corcoran State Prison P.O. BOX 3456 Corcoran, CA. 93212
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
Tehachapi State Prison, KERN COUNTY
(institution/city where violation occurred)

---

CV-66 (7/97)  **CIVIL RIGHTS COMPLAINT**  Page 2 of 6

on (date or dates) __10-12-18_____, _____, _____.
                                  (Claim I)                   (Claim II)                (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant _____ resides or works at
   (full name of first defendant)
   __Facility A P.O. BOX 1902 Tehachapi, Cal. 93581__
   (full address of first defendant)
   __Correctional counselor__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Failed to account for my safekeeping when changing custody__

2. Defendant __A. Little_____ resides or works at
   (full name of first defendant)
   __FACILITY A P.O. BOX 1902 Tehachapi, Cal. 93581__
   (full address of first defendant)
   __Correctional Officer__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __I had surrendered & proned out when Officer A. Little walks up & assaults me with pepper spray__

3. Defendant __C. Nelson_____ resides or works at
   (full name of first defendant)
   __Facility A P.O. BOX 1902 Tehachapi, Cal. 93581__
   (full address of first defendant)
   __Correctional Officer__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Nelson knew I was a protective custody inmate & witnessed Officer A. Little assault me & failed to protect me & lied about it on the incident report.__

4. Defendant **C. Estrada** resides or works at
   (full name of first defendant)
   **Facility A P.O. Box 1902 Tehachapi, Cal. 93581**
   (full address of first defendant)
   **Correctional Officer**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   Estrada knew I was protective custody inmate & witnessed Officer A. Little assault me, & failed to protect me & lied about it on the incident report

5. Defendant _____ resides or works at
   (full name of first defendant)
   **Los Angeles County Sheriff's Department**
   (full address of first defendant)
   **Transportation Bureau**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   Failed to account for my safekeeping when changing custody

6. Defendant J. Harris
   Los Angeles County Sheriff's Department Transportation Bureau
   Deputy Sheriff

   ☑ individual  ☑ official capacity.

   J. Harris knew I was protective custody inmate, & witnessed Officer A. Little assault me & failed to protect me & lied about it on the incident report.

D. CLAIMS*

CLAIM I

The following civil right has been violated:

TERRORIZED
ASSAULTED
LIBERTY INTEREST

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

California DEPARTMENT OF CORRECTIONS FACILITY A correctional Counselor & LOS ANGELES COUNTY SHERIFF'S DEPARTMENT TRANSPORTATION OF BUREAU KNEW I was protective custody & failed to account for my safe keeping when changing custody & were about to place me with general population inmates though I disrupted the organized hit... Upon information & belief a number of protective custody inmates have been battered already during exchange of custody... 2. Correctional officers C. Nelson, C. Estrada, & Deputy Sheriff J. Harris knew I was protective custody & witnessed correctional officer A. Little assault me with pepper spray after I had proned out surrendered moreover failed to intervene & protect me.

You can obtain the video TEHACHAPI STATE PRISON FACILITY "A" RECEIVING & RELEASE (R&R) 0947 HOURS — 10·12·18

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

You can discipline the CALIFORNIA DEPARTMENT OF CORRECTIONS & The LOS ANGELES COUNTY SHERIFF'S DEPARTMENT THROUGH punitive damages in the amount of TWENTY FIVE THOUSAND DOLLARS.

You can have the CALIFORNIA DEPARTMENT OF CORRECTIONS INVESTIGATIVE SERVICES UNIT (I.S.U.) & The LOS ANGELES COUNTY SHERIFF'S DEPARTMENT OPERATION SAFE JAILS (O.S.J.) make the CALIFORNIA DEPARTMENT OF CORRECTIONS CORRECTIONAL COUNSELORS & LOS ANGELES COUNTY SHERIFF'S DEPARTMENT TRANSPORTATION BUREAU ACCOUNT FOR safekeeping of protective custody inmates when changing of custody.

5-14-19
*(Date)*

*(Signature of Plaintiff)*

CORCORAN STATE PRISON

NAME Marcos Munoz
CDCR NUMBER BA3115
HOUSING A.S.U.C-126
PO BOX 3456
CORCORAN, CA 93212

**STATE PRISON
GENERATED MAIL**

CORCORAN
STATE PRISON

U.S. POSTAGE >> PITNEY BOWES
ZIP 93212
02 1W
0001386349 MAY 15 2019
$ 000.50⁰

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 17 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 EAST TEMPLE STREET, TS-134
L.A., CA. 90012
ATTENTION: PRO SE CLERK

9CC123309 CC32